**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CARL W. RIDGEWAY, | : | |
| Petitioner, | : | Civ. No. 17-2029 (RBK) |
| v. | : | |
| WILLIE BONDS, et al., | : | **MEMORANDUM AND ORDER** |
| Respondents. | : | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 24, 2017, this Court entered an order that ordered respondents to file a response to the habeas petition within forty-five days. However, this order was overlooked by respondents. Accordingly, on July 7, 2017, the State of New Jersey Office of the Attorney General explained that they did not become aware of the April 24, 2017 order until July 5, 2017. Having reviewed the matter, the Attorney General's office states that it has decided to refer the matter to the Cumberland County Prosecutor's Office for handling. Therefore, respondents request an additional sixty days in which to file a response to the habeas petition. Despite the Attorney General Office's failure to recognize and respond promptly to this Court's April 24, 2017 order, respondents' request for additional time to respond to the habeas petition will be granted.

Accordingly, IT IS this  10th  day of July, 2017,

ORDERED that respondents shall have sixty (60) days from the date of this order in which to respond to the habeas petition pursuant to the dictates as set out in the April 24, 2017 order; and it is further

ORDERED that the Clerk shall serve this order on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge